**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**ERIC PINEDA**                                                                               **PLAINTIFF**

**V.**                                                                      **NO. 4:17-CV-8-DMB-JMV**

**C.E. DUCART and**
**LIEUTENANT D. STONE**                                                    **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Order of Dismissal entered this day, this action is **DISMISSED without prejudice**.

**SO ORDERED**, this 16th day of January, 2018.

                                                                   **/s/Debra M. Brown**
                                                                   **UNITED STATES DISTRICT JUDGE**